**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAMADU BALDE,** | : | |
| **Petitioner** | : | **No. 1:17-cv-01446** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| **CLAIR DOLL, et al.,** | : | |
| **Respondents** | : | |

## ORDER

Before the Court is the September 12, 2017 Report and Recommendation of Magistrate

Judge Carlson. (Doc. No. 16.) No timely objections have been filed. Accordingly, on this 26th

day of September 2017, upon independent review of the record and the applicable law, **IT IS**

**ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge
   Carlson (Doc. No. 16);

2. Petitioner Mamadu Balde's petition for writ of habeas corpus pursuant to 28
   U.S.C. § 2241 (Doc. No. 1), is **DENIED**;

3. Petitioner's motion for a hearing (Doc. No. 7), is **DENIED**; and

4. The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania